**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                    CASE NO. 3:16-cr-139-J-32JRK

RAIMUNDO ANTONIO HOGAN

_____

**ORDER SCHEDULING TRIAL**

1.  Jury selection shall commence on **December 12, 2016 at 9:00 a.m.** in Courtroom No. 10D before the Honorable James R. Klindt, United States Magistrate Judge. Opening statements and trial shall commence immediately following jury selection before the undersigned in Courtroom No. 10D. All proceedings will take place in the United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

2.  The Court intends to utilize the parties' proposed Jury Instructions and proposed Voir Dire previously filed (Docs. 22, 23, 24 & 25).

3.  On the date trial commences, each party shall provide the Courtroom Deputy Clerk at the beginning of the trial the original and three (3) copies of their respective <u>Exhibit Lists</u>. All exhibits are to be pre-marked in accordance with the attached instructions. M.D. Fla. Rule 3.07. If there are any changes to the parties' respective <u>Witness Lists</u> (Docs. 30 & 32), that party shall file an updated Witness List and provide the Courtroom Deputy Clerk with three (3) copies thereof.

4. Counsel are directed to notify the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of their case by calling Marielena Diaz, Courtroom Deputy, at 904-549-1303.

5. The parties are advised (and should advise their witnesses) that photo identification is required to enter the United States Courthouse. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.[1]

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of December, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Hon. James R. Klindt, US Magistrate Judge
Frank Merrill Talbot, II, AUSA
Jason Mehta, AUSA
Susan Good Yazgi, Esquire
U. S. Marshals Service
Court Security Officers
U.S. Probation
Jury Administrator

Attachments: Court's Instructions to Counsel Re: Jury Selection (Criminal)
   Instructions Regarding the Pre-Marking of Exhibits

---

[1] Cell phones must be turned off while in the courtroom.